# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    VICTOR RANDOLPH MOORE SR
    ROSIE JONES MOORE
          Debtor(s)

Case No. 10-42897

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/24/2010.

2) The plan was confirmed on 11/29/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/18/2011, 11/29/2012.

5) The case was converted on 06/29/2013.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $22,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $35,725.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$35,725.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $775.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,873.70 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,648.70**

Attorney fees paid and disclosed by debtor:     $2,725.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACTION MEDICAL EQUIPMENT | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 2,130.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN PROFIT RECOVERY | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| ARCOTT DWARAKANATHAN MD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 382.05 | 382.05 | 0.00 | 0.00 |
| ASSOCIATED ST JAMES RADIOLOGIS | Unsecured | 1,002.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY | Unsecured | 1,930.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING | Secured | 45,000.00 | 35,483.13 | 25,452.90 | 25,452.90 | 0.00 |
| BAC HOME LOANS SERVICING | Unsecured | 145,646.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING | Secured | 127,629.00 | 215,945.37 | 0.00 | 0.00 | 0.00 |
| BUDS AMBULANCE SERVICE | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 24,650.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 6,800.00 | 14,008.80 | 14,008.80 | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 8,392.00 | NA | NA | 0.00 | 0.00 |
| CONSULTANT IN PATHOLOGY | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERV | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERV | Secured | 5,500.00 | 9,000.00 | 9,000.00 | 7,003.03 | 620.37 |
| CREDIT ONE BANK | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION B | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 13,188.00 | 13,188.00 | 13,188.00 | 0.00 | 0.00 |
| IC SYSTEMS INC | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 1,909.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 1,909.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 140.00 | 140.00 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 349.00 | 349.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 549.00 | 411.22 | 411.22 | 0.00 | 0.00 |
| JOHN STROGER HOSPITAL | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING | Unsecured | 1,530.00 | 1,530.12 | 1,530.12 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 277.06 | 277.06 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,114.00 | 2,238.22 | 2,238.22 | 0.00 | 0.00 |
| MCI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,621.00 | 1,621.46 | 1,621.46 | 0.00 | 0.00 |
| MIDAMERICA CARDIOVASCULAR | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST NEOPED ASSOCIATES LTD | Unsecured | 815.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | 14,940.00 | 9,835.42 | 9,835.42 | 0.00 | 0.00 |
| NATIONWIDE LOYOLA CU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE LOYOLA CU | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| OAK PARK PHYSICIANS GROUP | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 8,428.00 | 0.00 | 5,030.89 | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 7,129.00 | 7,128.98 | 7,128.98 | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Secured | NA | 5,030.89 | 5,030.89 | 0.00 | 0.00 |
| PROGRESSIVE DENTAL & ASSOC | Unsecured | 2,240.00 | NA | NA | 0.00 | 0.00 |
| RADHUVANSH KUMAR MDSC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| RUSH PRESBYTERIAN HOSPITAL | Unsecured | 1,170.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN NEUROLOGY | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL | Unsecured | 18,414.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 0.00 | 839.64 | 839.64 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Unsecured | 15,127.00 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY SVC | Unsecured | 932.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 100.00 | 67.20 | 67.20 | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS PC | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $25,452.90 | $25,452.90 | $0.00 |
| Debt Secured by Vehicle | $9,000.00 | $7,003.03 | $620.37 |
| All Other Secured | $5,030.89 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$39,483.79** | **$32,455.93** | **$620.37** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$57,048.06** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,648.70 |
| Disbursements to Creditors | $33,076.30 |
| **TOTAL DISBURSEMENTS** : | **$35,725.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/18/2013                    By: /s/ Tom Vaughn

                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**